508

673 A.2d 328

In re Nomination Petition of Dr. Maureen HENDRON.

Petition of Michael A. ROMAN.

Appeal of Dr. Maureen HENDRON.

Supreme Court of Pennsylvania.

Submitted March 28, 1996.

Decided April 4, 1996.

Robert B. Surrick, Media, for Maureen Hendron.

Bradley K. Moss, Philadelphia, for Michael A. Roman.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM.

Order of the Commonwealth Court is AFFIRMED.